THE CAVANAGH LAW FIRM
A Professional Association
1850 NORTH CENTRAL AVENUE
SUITE 1900
PHOENIX, ARIZONA 85004-4527
(602) 322-4000
www.cavanaghlaw.com

William M. Demlong, Esq. (NV SBN 7674)
wdemlong@cavanaghlaw.com
Tel: (602) 322-4000
Fax: (602) 322-4100

Pamela A. McKay, Esq. (SBN 7812)
pmckay@mckaylawfirmchtd.com
McKay Law Firm Chtd.
8440 West Lake Mead Blvd., Suite 112
Las Vegas, NV 89128
Tel: (702) 835-6956
Fax: (702) 835-6957
*Attorneys for Plaintiff CSAA Gen. Ins. Co.*

**U.S. DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CSAA General Insurance Company,<br><br>Plaintiff,<br>vs.<br><br>Jennipher Perez-Torres, a single woman; Kevin Caceres, a single man; 702 Resto Guys, LLC, a Nevada limited liability company; Roberto Cano, a single man; and ATA Contracting, LLC, a Nevada limited liability company,<br><br>Defendants, | Case No. 2:26-cv-01393-CDS-BNW<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE JOINT PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER** |

The parties, by and through undersigned counsel, respectfully request the Court extend the deadline to file the Joint Proposed Discovery Plan from September 7, 2026 to September 14, 2026. There is good cause for the requested extension. CSAA has distributed a draft Joint Proposed Discovery Plan for the parties' review and comment. Due to the schedules of counsel and the Labor Day holiday on September 7, 2026, the parties plan to meet and confer on these

issues during the week of September 7. Accordingly, the parties request a one-week extension to submit the Joint Proposed Discovery Plan until September 14, 2026.

RESPECTFULLY SUBMITTED this 4th day of September, 2026.

**THE CAVANAGH LAW FIRM, P.A.**

By: s/William M. Demlong
William M. Demlong
1850 North Central Avenue, Suite 1900
Phoenix, Arizona 85004

Pamela A. McKay
McKay Law Firm Chtd.
8440 West Lake Mead Blvd., Suite 112
Las Vegas, NV 89128
Attorneys for Plaintiff CSAA Gen. Ins. Co.

By: s/Jonathan P. Lelue
Jonathan P. Leleu, Esq.
Nevada Bar No. 7422
2260 Corporate Cir., Suite 490
Henderson, NV 89074
Tel: (702) 541-1500
*Attorneys for Defendants Kevin Caceres and 702 Resto Guys, LLC*

By: s/Erick M. Ferran
Erick M. Ferran, Esq.
Nevada State Bar No. 9554
HITZKE & FERRAN LLP.
2110 East Flamingo Road, Suite 206
Las Vegas, NV 89119
Tel: (702) 476-9668
*Attorneys for Defendants Roberto Cano and ATA Contracting, LLC*

**ORDER**

Based on the Stipulation of the Parties and good cause appearing:

**IT IS HEREBY ORDERED** that the deadline for the Parties to file the Joint Proposed Discovery Plan is extended from September 7, 2026 to September 14, 2026.

**IT IS SO ORDERED**.

**UNITED STATES MAGISTRATE JUDGE**

DATED: September 8, 2026

Submitted by:

**THE CAVANAGH LAW FIRM, P.A.**

By: s/William M. Demlong
William M. Demlong
1850 North Central Avenue, Suite 1900
Phoenix, Arizona 85004

Pamela A. McKayMcKay Law Firm Chtd.
8440 West Lake Mead Blvd., Suite 112
Las Vegas, NV 89128
Attorneys for Plaintiff CSAA Gen. Ins. Co.

**CERTIFICATE OF SERVICE**

*CSAA General Insurance Company v. Jennifer Perez-Torres, et al.*
*2:26-cv-01393-CDS-BNW*
*United States District Court, District of Nevada*

I hereby certify that the foregoing document was filed through the court's CM/ECF system which will generate and send an NEF and hyperlink to the document to all registered users in this case.

By: s/Lori Gilroy
An employee of The Cavanagh Law Firm, P.A.

**From:** Jay Black
**To:** Bunch, Parker; Erick Ferran; Jon Leleu
**Cc:** Sarah B; Pamela A. McKay; Demlong, William; Gilroy, Lori; Kerrie Kramer
**Subject:** Re: 2:26-cv-01393-CDS-BNW / CSAA v. Jennipher Perez-Torres, et. al
**Date:** Friday, September 4, 2026 11:33:55 AM
**Attachments:** image001.png
image002.png

You may affix Mr. Ferran's signature.

Thank you.

Respectfully,

**JayBlack**
*Criminal Paralegal to Erick M. Ferran, Esq.*
**Phone** 702-476-9668 | **Direct** 702-300-8963
**Website** www.hitzkelaw.com | **Email** jay.black@hitzkelaw.com
**Address** 2110 East Flamingo Road, Suite 206 | Las Vegas, Nevada 89119
H&F HITZKE & FERRAN, LLP

IMPORTANT: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please reply to the sender and notify them of the error. This message contains confidential information and is intended only for the individual named. If you are not the above-named addressee you should not disseminate, distribute, or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your server. If you are not the intended recipient you are notified that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited.

---

**From:** "Bunch, Parker" <PBunch@cavanaghlaw.com>
**Date:** Friday, September 4, 2026 at 11:20
**To:** Erick Ferran <erick.ferran@hitzkelaw.com>, Jon Leleu <jon@horizonnv.com>
**Cc:** Sarah Baumwoll <sarahb@hitzkelaw.com>, Jay Black <jay.black@hitzkelaw.com>, "Pamela A. McKay" <pmckay@mckaylawfirmchtd.com>, "Demlong, William" <wdemlong@cavanaghlaw.com>, "Gilroy, Lori" <lgilroy@cavanaghlaw.com>, Kerrie Kramer <kerrie@horizonnv.com>
**Subject:** RE: 2:26-cv-01393-CDS-BNW / CSAA v. Jennipher Perez-Torres, et. al

Attached is the draft stipulation to extend the joint proposed discovery plan filing deadline from 9/7 to 9/14. Please let us know if we may sign for you and file or if you have any edits.

Parker

---

**From:** Bunch, Parker
**Sent:** Thursday, September 3, 2026 2:24 PM
**To:** 'Erick Ferran' <erick.ferran@hitzkelaw.com>; Jon Leleu <jon@horizonnv.com>
**Cc:** Sarah B <sarahb@hitzkelaw.com>; Jay Black <jay.black@hitzkelaw.com>; Pamela A. McKay <pmckay@mckaylawfirmchtd.com>; Demlong, William <wdemlong@cavanaghlaw.com>; Gilroy, Lori <lgilroy@cavanaghlaw.com>; Kerrie Kramer <kerrie@horizonnv.com>
**Subject:** RE: 2:26-cv-01393-CDS-BNW / CSAA v. Jennipher Perez-Torres, et. al

Yes, Tuesday afternoon works for us.

We'll circulate a draft stip to extend the 26F report due date. Currently it's due on Labor Day 9/7. We'll ask for another week. We'll send that shortly.

Parker

---

**From:** Erick Ferran <erick.ferran@hitzkelaw.com>
**Sent:** Thursday, September 3, 2026 2:22 PM
**To:** Jon Leleu <jon@horizonnv.com>
**Cc:** Bunch, Parker <PBunch@cavanaghlaw.com>; Sarah B <sarahb@hitzkelaw.com>; Jay Black <jay.black@hitzkelaw.com>; Pamela A. McKay <pmckay@mckaylawfirmchtd.com>; Demlong, William <wdemlong@cavanaghlaw.com>; Gilroy, Lori <lgilroy@cavanaghlaw.com>; Kerrie Kramer <kerrie@horizonnv.com>
**Subject:** RE: 2:26-cv-01393-CDS-BNW / CSAA v. Jennipher Perez-Torres, et. al

I can do Tuesday at 1 or 2. Other than that I'm free at 4. Let me know if that works for all?

Thanks,

E

---

**From:** Jon Leleu <jon@horizonnv.com>
**Sent:** Thursday, September 3, 2026 1:46 PM
**To:** Erick Ferran <erick.ferran@hitzkelaw.com>
**Cc:** Bunch, Parker <PBunch@cavanaghlaw.com>; Sarah B <sarahb@hitzkelaw.com>; Jay Black <jay.black@hitzkelaw.com>; Pamela A. McKay <pmckay@mckaylawfirmchtd.com>; Demlong, William <wdemlong@cavanaghlaw.com>; Gilroy, Lori <lgilroy@cavanaghlaw.com>; Kerrie Kramer <kerrie@horizonnv.com>
**Subject:** Re: 2:26-cv-01393-CDS-BNW / CSAA v. Jennipher Perez-Torres, et. al

Wednesday is a travel day for me; would need to be Tuesday.

**From:** Jon Leleu
**To:** Bunch, Parker
**Cc:** Erick Ferran; Sarah B; Jay Black; Pamela A. McKay; Demlong, William; Gilroy, Lori; Kerrie Kramer
**Subject:** Re: 2:26-cv-01393-CDS-BNW / CSAA v. Jennipher Perez-Torres, et. al
**Date:** Friday, September 4, 2026 11:24:22 AM
**Attachments:** image001.png

You don't often get email from jon@horizonnv.com. Learn why this is important

You may affix my signature.

On Fri, Sep 4, 2026 at 1:20 PM Bunch, Parker <PBunch@cavanaghlaw.com> wrote:

> Attached is the draft stipulation to extend the joint proposed discovery plan filing deadline from 9/7 to 9/14. Please let us know if we may sign for you and file or if you have any edits.
>
> Parker
>
> ---
>
> **From:** Bunch, Parker
> **Sent:** Thursday, September 3, 2026 2:24 PM
> **To:** 'Erick Ferran' <erick.ferran@hitzkelaw.com>; Jon Leleu <jon@horizonnv.com>
> **Cc:** Sarah B <sarahb@hitzkelaw.com>; Jay Black <jay.black@hitzkelaw.com>; Pamela A. McKay <pmckay@mckaylawfirmchtd.com>; Demlong, William <wdemlong@cavanaghlaw.com>; Gilroy, Lori <lgilroy@cavanaghlaw.com>; Kerrie Kramer <kerrie@horizonnv.com>
> **Subject:** RE: 2:26-cv-01393-CDS-BNW / CSAA v. Jennipher Perez-Torres, et. al
>
> Yes, Tuesday afternoon works for us.
>
> We'll circulate a draft stip to extend the 26F report due date. Currently it's due on Labor Day 9/7. We'll ask for another week. We'll send that shortly.
>
> Parker
>
> ---
>
> **From:** Erick Ferran <erick.ferran@hitzkelaw.com>
> **Sent:** Thursday, September 3, 2026 2:22 PM
> **To:** Jon Leleu <jon@horizonnv.com>
> **Cc:** Bunch, Parker <PBunch@cavanaghlaw.com>; Sarah B <sarahb@hitzkelaw.com>; Jay Black <jay.black@hitzkelaw.com>; Pamela A. McKay <pmckay@mckaylawfirmchtd.com>; Demlong, William <wdemlong@cavanaghlaw.com>; Gilroy, Lori <lgilroy@cavanaghlaw.com>; Kerrie Kramer <kerrie@horizonnv.com>
> **Subject:** RE: 2:26-cv-01393-CDS-BNW / CSAA v. Jennipher Perez-Torres, et. al
>
> I can do Tuesday at 1 or 2. Other than that I'm free at 4. Let me know if that works for all?
>
> Thanks,
>
> E
>
> ---
>
> **From:** Jon Leleu <jon@horizonnv.com>
> **Sent:** Thursday, September 3, 2026 1:46 PM
> **To:** Erick Ferran <erick.ferran@hitzkelaw.com>
> **Cc:** Bunch, Parker <PBunch@cavanaghlaw.com>; Sarah B <sarahb@hitzkelaw.com>; Jay Black <jay.black@hitzkelaw.com>; Pamela A. McKay <pmckay@mckaylawfirmchtd.com>; Demlong, William <wdemlong@cavanaghlaw.com>; Gilroy, Lori <lgilroy@cavanaghlaw.com>; Kerrie Kramer <kerrie@horizonnv.com>
> **Subject:** Re: 2:26-cv-01393-CDS-BNW / CSAA v. Jennipher Perez-Torres, et. al
>
> Wednesday is a travel day for me; would need to be Tuesday.
>
> On Thu, Sep 3, 2026 at 3:28 PM Erick Ferran <erick.ferran@hitzkelaw.com> wrote:
>
> > Can we do something early next week? Tuesday or Wednesday afternoon?
> >
> > Thanks,