THE CAVANAGH LAW FIRM
A Professional Association
1850 NORTH CENTRAL AVENUE
SUITE 1900
PHOENIX, ARIZONA 85004-4527
(602) 322-4000
www.cavanaghlaw.com

William M. Demlong, Esq. (NV SBN 7674)
wdemlong@cavanaghlaw.com
Parker C. Bunch, Esq. (NV SBN 17167)
pbunch@cavanaghlaw.com
Tel: (602) 322-4000
Fax: (602) 322-4100

Pamela A. McKay, Esq. (SBN 7812)
pmckay@mckaylawfirmchtd.com
McKay Law Firm Chtd.
8440 West Lake Mead Blvd., Suite 112
Las Vegas, NV 89128
Tel: (702) 835-6956
Fax: (702) 835-6957
*Attorneys for Plaintiff CSAA Gen. Ins. Co.*

**U.S. DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CSAA General Insurance Company,<br><br>Plaintiff,<br><br>vs.<br><br>Jennipher Perez-Torres, a single woman; Kevin Caceres, a single man; 702 Resto Guys, LLC, a Nevada limited liability company; Roberto Canto, a single man; and Ata Contracting, LLC, a Nevada limited liability company,<br><br>Defendants, | Case No. 2:26-cv-01393-CDS-BNW<br><br>**CSAA GENERAL INSURANCE COMPANY'S MOTION TO EXTEND DEADLINE TO SERVE DEFENDANT JENNIPHER PEREZ-TORRES (THIRD REQUEST)** |

Plaintiff CSAA General Insurance Company ("CSAA"), by and through its counsel, respectfully moves this Court under Rules 4(m) and 6(b)(1)(B) of the Federal Rules of Civil Procedure and LR IA 6-1 for a 30-day extension of the deadline to serve Defendant Jennipher

Perez-Torres, from October 2, 2026 to November 2, 2026. This is CSAA's third request to extend this deadline. The Court granted CSAA's first request and extended the deadline from August 3, 2026 to September 2, 2026, and granted CSAA's second request and extended the deadline from September 2, 2026 to October 2, 2026 to accommodate the finalization of CSAA and Defendant Perez Torres' tentative settlement of the claims against her.

CSAA asks for a short, 30-day extension to serve Defendant Perez-Torres. There is good cause for the requested extension. The claims against Perez-Torres are resolved in substance and await only her signature. On September 8, CSAA prepared a written settlement agreement to Ms. Perez Torres and provided it to her for review. On September 21, 2026, Perez-Torres's representative advised CSAA's counsel in writing that Perez-Torres had reviewed the agreement, that it was accurate, and that she had no edits, comments, or additions. Her representative asked CSAA to advise how it wished for the parties to proceed with execution of the settlement agreement. See **Exhibit 1**. CSAA's counsel responded requesting the document be signed in the presence of a notary. CSAA did not receive a response.

CSAA has since asked Perez-Torres for the status of execution on three occasions, by both telephone and voicemail and by email. She has not responded to those requests, and CSAA has not received the executed release. CSAA therefore asks the Court to extend the deadline to serve Defendant Perez-Torres by 30 days to accommodate the execution of the agreed-upon settlement agreement and release. If the release is executed, Perez-Torres will be dismissed by stipulation and the expense of personal service will be avoided altogether. If it is not executed within that period, CSAA will serve her before the extended deadline expires. No party is prejudiced by this requested extension.

RESPECTFULLY SUBMITTED this 6th day of October, 2026.

**THE CAVANAGH LAW FIRM, P.A.**

By: s/William M. Demlong
William M. Demlong
Parker C. Bunch
1850 North Central Avenue, Suite 1900
Phoenix, Arizona 85004

Pamela A. McKay
McKay Law Firm Chtd.
8440 West Lake Mead Blvd., Suite 112
Las Vegas, NV 89128
Attorneys for Plaintiff CSAA Gen. Ins. Co.

It is so ORDERED.

UNITED STATES MAGISTRATE JUDGE
DATED: October 7, 2026

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b)(2)(E), I hereby certify that on the 5th day of October, 2026, I caused a true and correct copy of the foregoing **PLAINTIFF CSAA GENERAL INSURANCE COMPANY'S MOTION TO EXTEND DEADLINE TO SERVE DEFENDANT JENNIPHER PEREZ-TORRES (THIRD REQUEST)** to be served via electronic service upon all counsel of record through the Court's CM/ECF electronic filing system, and via U.S. Mail and electronic mail upon Defendant Jennipher Perez-Torres at her last known address and electronic mail address.

s/Lori Gilroy
An employee of The Cavanagh Law Firm, P.A.

# EXHIBIT 1

**From:** Bunch, Parker
**To:** Paula Cruz
**Cc:** Gilroy, Lori; Demlong, William; Carlos Arriaza; Frank Argueta
**Subject:** RE: CSAA - Perez Torres
**Date:** Monday, October 5, 2026 4:10:00 PM
**Attachments:** image002.png

---

Hi Paula, what is the status of Ms. Perez Torres' execution of the settlement agreement?

**From:** Bunch Parker
**Sent:** Thursday, October 1 2026 3:14 PM
**To:** 'Paula Cruz' <pcruz@adjust.ceusa.com>
**Cc:** Gilroy, Lori <lgilroy@cavanaghlaw.com>; Demlong, William <wdemlong@cavanaghlaw.com>; 'Carlos Arriaza' <carriaza@adjusticeusa.com>; 'Frank Argueta' <fargueta@adjusticeusa.com>
**Subject:** RE: CSAA - Perez Torres

Hi Paula, can you please advise on the status of Ms. Perez Torres signing the agreement?

Thank you,
Parker Bunch

**From:** Bunch, Parker
**Sent:** Monday September 28 2026 8:40 AM
**To:** 'Paula Cruz' <pcruz@adjusticeusa.com>
**Cc:** Gilroy, Lori <lgilroy@cavanaghlaw.com>; Demlong William <wdemlong@cavanaghlaw.com>; 'Carlos Arriaza' <carriaza@adjusticeusa.com>; 'Frank Argueta' <fargueta@adjusticeusa.com>
**Subject:** RE: CSAA - Perez Torres

Good morning Paula, can you let us know the status of Ms. Perez Torres signing the agreement? We need to get this finalized by Friday 10/2.

Thank you,
Parker

**From:** Bunch, Parker
**Sent:** Monday, September 21, 2026 2:54 PM
**To:** Paula Cruz <pcruz@adjusticeusa.com>
**Cc:** Gilroy, Lori <lgilroy@cavanaghlaw.com>; Demlong William <wdemlong@cavanaghlaw.com>; Carlos Arriaza <carriaza@adjusticeusa.com>; Frank Argueta <fargueta@adjusticeusa.com>
**Subject:** RE: CSAA - Perez Torres

Sounds good, thanks Paula. Please have Ms. Perez Torres sign it and have it notarized. We suggest having it translated for her or having someone in your office explain it to her (if that's not already been done). We added an optional interpreter certificate.

Once Ms. Perez-Torres signs this, we will have CSAA sign it and will turn to dismissing the claims against her.

Thanks,
Parker

**From:** Paula Cruz <pcruz@adjusticeusa.com>
**Sent:** Monday, September 21 2026 2:48 PM
**To:** Bunch Parker <PBunch@cavanaghlaw.com>
**Cc:** Gilroy, Lori <lgilroy@cavanaghlaw.com>; Demlong, William <wdemlong@cavanaghlaw.com>; Carlos Arriaza <carriaza@adjusticeusa.com>; Frank Argueta <fargueta@adjusticeusa.com>
**Subject:** Re: CSAA - Perez Torres

Hi Parker,

Thank you for following up. We reviewed the draft settlement agreement and everything looks accurate. We have no edits, comments, or additions.

Please let us know how you would like to proceed with execution.

Paula Cruz
Lead Claims Adjuster
License No. 4066837
Certified Property Insurance Appraiser

(702) 488-3299 Mobile
(702) 665-5015 Office
pcruz@adjusticeusa.com
www.adjusticeusa.com

On Mon, Sep 21, 2026 at 9:48 AM Bunch, Parker <PBunch@cavanaghlaw.com> wrote:

Good morning Paula, we are following up on the draft settlement agreement. Please let us know if you or Ms. Perez-Torres have any comments or redlines on it.

Thank you,
Parker Bunch

---

**From:** Bunch Parker
**Sent:** Tuesday, September 8 2026 9:53 AM
**To:** Paula Cruz' <pcruz@adjusticeusa.com>
**Cc:** Gilroy Lori <lgilroy@cavanaghlaw.com>; Demlong, William <wdemlong@cavanaghlaw.com>
**Subject:** RE: CSAA - Perez Torres

Good morning Paula, attached for your review is the draft settlement agreement. Please let us know if you have any redline edits, questions, or want to discuss further.

Thank you,
Parker Bunch

---

**From:** Paula Cruz <pcruz@adjusticeusa.com>
**Sent:** Tuesday September 1 2026 3:56 PM
**To:** Bunch, Parker <PBunch@cavanaghlaw.com>